## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

161 A.3d 785

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Sunny ZHU, Petitioner**

Commonwealth of Pennsylvania, Respondent

v.

Sunny Zhu, Petitioner

Commonwealth of Pennsylvania, Respondent

v.

Sunny Zhu, Petitioner

Commonwealth of Pennsylvania, Respondent

v.

Sunny Zhu, Petitioner

No. 538 MAL 2016
No. 539 MAL 2016
No. 540 MAL 2016
No. 541 MAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

568

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

161 A.3d 786

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Freedle LYNCH, Petitioner**

**No. 513 MAL 2016**

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.